# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0302
_____

SEAN "KRIS" PERKINS,

    Appellant,

    v.

SHEVAUN HARRIS, as Secretary
of the Department of Children
and Families, and JOHN
POLISKNOWSKI, as the Hospital
Administrator of the Florida
State Hospital,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

January 20, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Sean Kris Perkins, pro se, Appellant.

James Uthmeier, Attorney General, and Brandon M. Elyakim, Assistant Attorney General, Tallahassee, for Appellees.